UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH MILLER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 1:12-CV-00015 |
| ) | |
| MICHAEL J. ASTRUE, COMMISSIONER ) | |
| OF SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

# ORDER

This matter arises on the Report and Recommendation of United States Magistrate Judge Frederick R. Buckles, filed February 28, 2013.  *See* 28 U.S.C. § 636.  In his report, Magistrate Judge Buckles recommends that the Court affirm the decision of the Commissioner, and dismiss Plaintiff's Complaint with prejudice.  Neither party has filed objections to the Report and Recommendation.

Upon careful consideration of the Report and Recommendation and the record in this case, **IT IS HEREBY ORDERED** that the Report and Recommendation of the United States Magistrate Judge (Doc. No. 20) is **SUSTAINED, ADOPTED, AND INCORPORATED** herein.

**IT IS FURTHER ORDERED** that the decision of the Commissioner is **AFFIRMED**, and Plaintiff's Complaint is **DISMISSED** with prejudice.  A separate Judgment will accompany this Order.

Dated this 18th day of March, 2013.

/s/Jean C. Hamilton
UNITED STATES DISTRICT JUDGE